1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    PATRICK LORENZ,                              1:23-cv-01243-SKO (PC)

10                  Plaintiff,

11        v.                                      **ORDER TO SUBMIT APPLICATION
                                                  TO PROCEED** *IN FORMA PAUPERIS*
                                                  **OR PAY FILING FEE WITHIN 45 DAYS**
12   MOVEY, et al.,

13                  Defendants.

14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18        Accordingly, **IT IS HEREBY ORDERED** that:

19        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $402.00 filing fee for this action.  **No requests for extension will be granted without a**

22   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

23   **action.**

24
     IT IS SO ORDERED.
25

26   Dated:   **August 23, 2023**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE
27

28

                                                  1