UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LORENZ,<br><br>       Plaintiff,<br><br>   v.<br><br>MOVEY, et al.,<br><br>       Defendants. | Case No.: 1:23-cv-01243-NODJ-SKO<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 10)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME AND DIRECTING PLAINTIFF TO RESPOND TO SCREENING ORDER WITHIN 21 DAYS**<br><br>(Doc. 11) |

Plaintiff Patrick Lorenz is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.    RELEVANT BACKGROUND**

Plaintiff filed his complaint on August 21, 2023. (Doc. 1.)  On December 12, 2023, this Court issued its First Screening Order. (Doc. 8.) The Court found Plaintiff's complaint plausibly alleged an Eighth Amendment excessive force claim against Defendant Movey and an Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Campbell but failed to allege any other cognizable claim against any other defendant. (*Id*. at 4-14.)

Plaintiff was ordered to do one of the following within 21 days of the date of service of the order: (1) notify the Court he did not wish to file a first amended complaint and was willing to proceed on his cognizable claims; or (2) file a first amended complaint; or (3) file a notice of voluntary dismissal. (*Id*. at 14-15.)

On January 18, 2024, after more than 21 days passed without a response, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to obey court orders and failure to prosecute. (Doc. 10.) On January 22, 2024, Plaintiff filed a document titled "Request for Extension of Time; and Notification of Address Change." (Doc. 11.)

**II.     DISCUSSION**

In his request for an extension of time, Plaintiff states he received the Court's screening order on or about December 15, 2023, and is now housed at the California State Prison in Lancaster. (Doc. 11 at 1.) Plaintiff states he was on a Modified Program-Quarantine due to "the spike of COVID 19 cases" in the building between December 18, 2023 and January 3, 2024. (*Id.*) Plaintiff states he in a participant in the Enhanced Outpatient Program and qualifies for staff assistance as a result. (*Id.* at 2.) Plaintiff states he now has access to the law library and staff assistance, and seeks a 21-day extension of time, (*id.*), presumably to respond to the Court's screening order.

The Court will vacate the Findings and Recommendations to dismiss this action issued January 18, 2024. Plaintiff's request for an extension of time is dated and signed January 17, 2024, and predates issuance of the Court's findings. (Doc. 11 at 2.) Although Plaintiff's request was submitted beyond the 21 days provided for in the First Screening Order, Plaintiff was transferred from a facility in San Diego to the state prison in Lancaster during that same period, making compliance with the 21-day deadline difficult due to housing restrictions.

Plaintiff's request for an extension of time will be granted and he shall be afforded the opportunity to respond to the First Screening Order issued December 12, 2023. However, the Court notes it finds no "delay" as alleged by Plaintiff, as Plaintiff's request indicates he received the screening order on December 15, 2023--three days after its issuance. Although Plaintiff states he sent a Notice of Change of Address to the Court on some unidentified prior date and references

a "mishap[] of the address change," this Court did not receive any Notice of Change of Address until its receipt of the instant motion.

### III.     CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations issued January 18, 2024 (Doc. 10) are **VACATED**; and
2. Plaintiff **SHALL** comply with the Court's First Screening Order **within 21 days** of the date of service of this order.

**WARNING: If Plaintiff fails to comply with this order, the Court will recommend this action be dismissed for Plaintiff's failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:     **January 23, 2024**               /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE