UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LORENZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MOVEY, et al.,<br><br>    Defendants. | No. 1:23-cv-01243-NODJ-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(ECF No. 14) |

Plaintiff Patrick Lorenz is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2024, the assigned Magistrate Judge issued findings and recommendations, recommending this action proceed only on Plaintiff's Eighth Amendment excessive force claim against Defendant Movey and Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Campbell, with any remaining claims against any defendant to be dismissed. (ECF No. 14.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service. (*Id.* at 2-3.) No objections have been filed, and the deadline to do so has expired.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed

de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 26, 2024 (ECF No. 14) are adopted in full;
2. This action proceeds only on Plaintiff's Eighth Amendment excessive force claim against Defendant Movey and Eighth Amendment deliberate indifference to serious medical needs claim against Defendant Campbell, in their individual capacities;
3. Any remaining claims against any defendant are dismissed; and
4. The matter is referred back to the Magistrate Judge for further proceedings.

DATED:  February 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE