UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LORENZ,<br><br>             Plaintiff,<br><br>      v.<br><br>MOVEY, et al.,<br><br>             Defendants. | Case No.: 1:23-cv-01243-KES-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Plaintiff Patrick Lorenz is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     INTRODUCTION**

On May 29, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (*See* Doc. 24.) The parties were ordered to file notice within 45 days of the date of the order setting forth their agreement to proceed to an early settlement conference or indicating that settlement is not productive. (*Id*. at 2.)

On July 9, 2024, Defendants timely filed their notice stating that an early settlement conference would be productive and that they are willing to engage in an early settlement conference in this matter. (Doc. 26.)

When Plaintiff failed to file a timely notice, the Court issued its Order to Show Cause (OSC), directing Plaintiff to respond in writing why the action should not be dismissed for his

failure to obey Court orders. (Doc. 27.)

On July 5, 2024, Plaintiff responded to the OSC and filed his notice regarding an early settlement conference. (Docs. 28 & 29.) Plaintiff states he experienced a mental health crisis and was "unaware of [the order concerning ADR] and hearing voices." (Doc. 29.) He is now stable, has the assistance of tutors, can participate in the action, and wishes to participate in an early settlement conference. (Docs. 28, 29.)

## II. CONCLUSION AND ORDER

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The OSC issued July 17, 2024 (Doc. 27) is **DISCHARGED**; and
2. Counsel for Defendants **SHALL** contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference **within seven (7) days** of the date of this order.

IT IS SO ORDERED.

Dated:   **August 7, 2024**                    /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE