UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LORENZ,<br><br>           Plaintiff,<br><br>     v.<br><br>MOVEY, et al.,<br><br>           Defendants. | Case No.: 1:23-cv-01243-KES-SKO<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 41) |

On December 3, 2024, counsel for Defendants P. Movey and T. Campbell filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 41.) The stipulation is signed and dated by Plaintiff Patrick Lorenz and John W. Nam, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.* at 2.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2024**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE